

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

August 15, 2025

**VIA ECF**

Hon. Judge Kenneth M. Karas
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

*Case: Mastin v. Optum Care, Inc. et al*
*Case No.: 7:24-cv-05575-KMK-VR*
*Re: Request for Stay of Proceedings*

Dear Judge Karas:

This letter is submitted in compliance with the Court's order requiring a status update.

I represent the Plaintiff in the above-referenced matter. I am writing to the Court seeking a stay of the case for at least four months. For the past six months, I have been dealing with a significant undiagnosed health issue. Although I have been hopeful that the symptoms I have been experiencing would have been resolved, they have only grown more significant.

At this point, I have been advised to reduce as many of my clients as possible while I begin undergoing diagnostic testing, and to see how reduced work may alleviate some of the symptoms I am experiencing. Testing begins in a few weeks, and pending the outcome, I will be better situated to navigate this challenge.

As such, I would like the Court's assistance in staying the discovery deadlines and allow me to try to resolve the cases in settlement on behalf of my clients, and if not, assist them in finding substitute counsel. I hope that I will be able to resolve the case on their behalf with the assistance of opposing counsel.

I have discussed this with opposing counsel, and they consent to this request.

Respectfully,

By: *Jordan El-Hag*

Jordan El-Hag, Esq.
Attorney for Plaintiff
777 Westchester Ave., Ste. 101
White Plains, NY 10604
(914) 218-6190 (o)
(914) 206-4176 (f)
Jordan@elhaglaw.com

Granted.

The Court wishes Mr. El-Hag all the best in dealing with his health challenges.

So Ordered.

8/15/25